UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY R. PUGH<br>11036 Mill Centre Drive<br>Owings Mills, MD 21117<br>       Plaintiff,<br><br>v.<br><br>GERALDINE A. FEASTER<br>50 Irving Street N.W.<br>Washington, D.C. 20422<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.   -<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

    Geraldine A. Feaster, defendant in this action, hereby files this Notice of Removal and states as follows:

    1. Geraldine Feaster has been named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Division, entitled <u>Pugh v. Feaster</u>.

    2. The statement of claim in the Superior Court case, attached hereto as Exhibit A, alleges that Geraldine Feaster, plaintiff's supervisor, slandered plaintiff and wrote false statements about plaintiff. Plaintiff further alleges that Ms. Feaster created contention between plaintiff and plaintiff's coworkers as a means to stop plaintiff's success and advancement within the organization. Plaintiff seeks $300,000.00 in damages.

    3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, and 1442 (a)(1), and 1446, since plaintiff's action against Geraldine A. Feaster, Chief Nurse Executive, Veterans Affairs Medical Center, United States Department of Veterans Affairs, Washington, D.C., is one in which the District Court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing has been made by mailing copies thereof to:

Kimberly R. Pugh
11036 Mill Centre Drive
Owings Mills, MD 21117

in this 20TH Day of June, 2008.

WYNEVA JOHNSON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY R. PUGH<br>11036 Mill Centre Drive<br>Owings Mills, MD 21117<br>   Plaintiff,<br><br>v.<br><br>GERALDINE A. FEASTER<br>50 Irving Street, NW<br>Washington, DC 20422<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   -<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Pugh v. Feaster</u>, pending in the Superior Court for the District of Columbia, Civil Action No. 08-003404 B (Gerald Fisher) (filed May 5, 2008), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that federal defendant Geraldine Feaster was acting within the scope of her employment as an employee of the United States at the time of the alleged incidents.

June 20, 2008

                      _____
                      RUDOLPH CONTRERAS, D.C. Bar #434122
                      Assistant United States Attorney
                      Chief, Civil Division

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY R. PUGH <br> 11036 Mill Centre Drive <br> Owings Mills, MD 21117 <br>         Plaintiff, <br><br> v. <br><br> GERALDINE A. FEASTER, <br> 50 Irving Street NW <br> Washington, D.C. 20422 <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2008 SC 003404 B <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION**

TO:    KIMBERLY R. PUGH
          11036 Mill Centre Drive
          Owings Mills, MD 21117

      PLEASE TAKE NOTICE that on June 20, 2008, the United States of America filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

                                             Respectfully submitted,

                                             *J.A. T____ (by RC)*
                                             JEFFREY A. TAYLOR, D.C. Bar #498610
                                             United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202)514-7224

Attorneys for Defendant

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION



Kimberly R. Pugh
11036 mill Centre Drive
Owings mills, md 21117
*Plaintiff*

08-0003404

Civil Action No. [ ]

Geraldine A. Fenster
310 Derek Street
Upper Marlboro, md 20774-1900
*Defendants*
&
50 Irving Street, N.W.
Washington, D.C. 20422

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

I am suing Geraldine Fenster (my former supervisor) for slander, liebel & defamation of character. Geraldine Fenster's liebel/slander caused me undo emotional & physical distress, thus causing me to be forced out of my highly ranked, highly paid position. Subsequently, I lost my income, health benefits, retirement contributions, life insurance, etc. During my employment I received a positive work appraisal (from another supervisor), peer nominations awards, an educational scholarship, written accolades about my work from staff. See page 2 →

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 300,000.00 with interest and costs.

410-340-9737
Phone:

over
page 2

**DISTRICT OF COLUMBIA, SS**

Kimberly R. Pugh being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Kimberly R. Pugh
(Plaintiff / Agent)

Subscribed and sworn to before me this 25 day of May 08

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00



Case: 2008 CA 003404 B

Kimberly R. Pugh, 11036 Mill Centre Drive
Owings Mills, MD 21117

vs

Geraldine A. Fenster, 310 Derek Street
Upper Marlboro, MD 20774
& 50 Irving Street N.W.
Washington, D.C. 20422

When Geraldine Fenster became my supervisor she slandered me, wrote false statements about me, defamed my character and created contention between me & my coworkers as a means to stop my success and advancement within the organization. For my losses & the stress that I endured because of Geraldine Fenster's negative actions I am seeking three-hundred thousand ($300,000.00) dollars in damages.

Kimberly R. Pugh

May 5, 2008

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS

Kimberly R. Pugh
11036 Mill Centre Drive
Owings Mill, MD 21117

## DEFENDANTS

Geraldine Feaster
Chief Nurse Executive
Veterans Affairs Medical Center, U.S. Department of Veterans Affairs

11001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kimberly R. Pugh (Plaintiff Pro Se)
11036 Mill Centre Drive
Owings Mill, MD 21117

Case: 1:08-cv-01067
Assigned To: Walton, Reggie B.
Assign. Date: 6/20/2008
Description: PI/Malpractice

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊙ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR DIVERSITY CASES ONLY!)
(SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○1 | ○1 | Incorporated or Principal Place of Business in This State | ○4 | ○4 |
| Citizen of Another State | ○2 | ○2 | Incorporated and Principal Place of Business in Another State | ○5 | ○5 |
| Citizen or Subject of a Foreign Country | ○3 | ○3 | Foreign Nation | ○6 | ○6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ⊙ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

*No Summons Issued*

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
○ 1 Original Proceeding    ⊙ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1441 - Removal

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Select YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

VIII. RELATED CASE(S) IF ANY (See instruction) N.F.    ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 6/20/08    SIGNATURE OF ATTORNEY OF RECORD  *Wynera Johnson*

RECEIVED JUN 20 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Kimberly R. Pugh_
Plaintiff

v.

Civil Action No. 08 1067

JUN 2 0 2008

_Geraldine A. Feaster_
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **WALTON, J. RBW**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: _Kimberly Pugh_

929A
Rev. 7/02