UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIMBERLY R. PUGH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1067 (RBW) |
| ) | |
| GERALDINE A. FEASTER ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an enlargement of time until August 19, 2008, to answer or otherwise respond to the plaintiff's Complaint.[1] A scheduling order has not been entered in this case. This is defendant's first request for an enlargement of time. Plaintiff could not be reached to ascertain her views on the filing of this motion.

The case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on June 20, 2008. Fed. R. Civ. P. 81 (c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, within five days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions with the agency for the filing of defendant's answer or response to the complaint.

---

[1] Undersigned counsel currently represent the individual defendant only for purposes of seeking this enlargement of time. Defendant Feaster does not hereby waive any defense or defenses that may be available to her pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Such enlargement is consistent with the 60-day period that the United States is accorded to respond to Complaints under Fed. R. Civ. P. 12(a)(3). There is good cause for the Court to grant this motion.

Wherefore, it is respectfully requested that defendant have up to and including August 19, 2008 to answer or otherwise respond to plaintiff's Complaint.

Respectfully submitted,


\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


\_\_\_/s/_____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4106
Washington, D.C.  20530
(202) 514-7224

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this ____ day of June, 2008 to:

KIMBERLY R. PUGH
11036 Mill Centre Drive
Owings Mills, MD 21117

                                           /s/
                                          WYNEVA JOHNSON
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W.
                                          Room E4106
                                          Washington, D.C. 20530
                                          (202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KIMBERLY R. PUGH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1067 (RBW) |
| | ) | |
| GERALDINE A. FEASTER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for an Enlargement of Time, any Opposition thereto, and for good cause shown, it is this ____ day of _____ 2008,

ORDERED, that the defendant's motion should be, and it hereby is, GRANTED, and that defendant shall have up to and including August 19, 2008, to answer or otherwise respond to the plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20001

KIMBERLY R. PUGH
11036 Mill Centre Drive
Owings Mills, MD 21117