**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KIMBERLY R. PUGH )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>GERALDINE A. FEASTER )<br>)<br>        Defendant. )<br>_____) | Civil Action No. 08-1067 (RBW) |

**MOTION TO AMEND CASE CAPTION**
**AND MEMORANDUM IN SUPPORT THEREOF**

The United States[1] hereby moves, pursuant to Rules 16 and 25 of the Federal Rules of Civil Procedure, to amend the case caption in the above civil action to reflect the United States, the real party in interest, as the sole Federal Defendant in the case.

Plaintiff commenced this action against Geraldine A. Feaster, Chief Nurse Executive, Veterans Affairs Medical Center, who at the time of the incidents alleged, was employed by the United States Department of Veterans Affairs. A Certification, pursuant to 28 U.S.C. § 2679, certifies that Ms. Feaster was acting within the scope of her authority as an employee of the United States at the time of the events alleged in the Complaint filed in the Superior Court for the District of Columbia.[2]

Upon such a certification, the action "shall be deemed to be an action or proceeding brought against the United States under the provisions of [title 28 of the United States Code] and

---

[1] Pursuant to 28 U.S.C. § 2679(d), the United States of America is substituted for Ms. Feaster and as explained herein, the sole remaining Defendant.

[2] This Certification was filed on June 20, 2008 and addressed the allegations in the Complaint. Pursuant to that Certification, this action was removed to this Court from the Superior Court for the District of Columbia.

all references thereto, and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2).

In light of the foregoing, Federal Defendants request that the Court amend the case caption in the above civil action to reflect the United States as the sole federal defendant in the case.[3]

Counsel has contacted plaintiff by telephone and was unable to reach her to ascertain her views on the filing of this motion.

A proposed Order consistent with the foregoing motion is attached hereto.

                          Respectfully submitted,

                          \_\_\_/s/_____
                          JEFFREY A. TAYLOR, D.C. Bar #498610
                          United States Attorney

                          \_\_\_/s/_____
                          RUDOLPH CONTRERAS, D.C. Bar #434122
                          Assistant United States Attorney

                          \_\_\_/s/_____
                          WYNEVA JOHNSON, D.C. BAR # 278515
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th Street, N.W.
                          Room E4106
                          Washington, D.C.  20530
                          (202) 514-7224

---

[3] Defendant does not hereby waive any defense that might be available under Fed. R. Civ. P. 12, including immunity from suit.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this

____ day of June, 2008 to:

KIMBERLY R. PUGH
11036 Mill Centre Drive
Owings Mills, MD 21117

                                                /s/
                                        WYNEVA JOHNSON
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 4th Street, N.W.
                                        Room E4106
                                        Washington, D.C. 20530
                                        (202) 514-7224

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KIMBERLY R. PUGH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GERALDINE A. FEASTER )<br>)<br>Defendant. )<br>_____) | Civil Action No. 08-1067 (RBW) |

## ORDER

UPON CONSIDERATION of the federal defendants' Motion To Amend Case Caption, And Memorandum In Support Thereof, the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2008,

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the United States of America be and hereby is deemed substituted as the sole federal defendant in this action, in place of defendant Geraldine A. Feaster, and that the caption in the case be and hereby is amended to reflect that substitution.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C.  20539

KIMBERLY R. PUGH
11036 Mill Centre Drive
Owings Mills, MD 21117