UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KIMBERLY R. PUGH,                   )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 08-1067  (RBW)
                                    )
GERALDINE A. FEASTER,               )
                                    )
            Defendant.              )
_____)

**ORDER**

This case having been removed from the Superior Court of the District of Columbia by the defendant on June 20, 2008, pursuant to the Westfall Act, 16 U.S.C. § 831c-2, 28 U.S.C. §§ 2671, 2674, 2671, 2679 (2000), and 28 C.F.R. § 15.4, and it appearing to the Court that the plaintiff, who is proceeding pro se, may desire pro bono legal assistance, it is

**ORDERED** that on or before July 30, 2008, the plaintiff shall file a statement with the Court indicating whether she seeks pro bono assistance and, if so, shall file separately an application to proceed in forma pauperis.[1]  It is further

**ORDERED** that on or before September 28, 2008, the defendant shall file her answer or responsive motion to the plaintiff's complaint.

---

[1] Pursuant to this Court's local rules, the Court cannot direct the Clerk of the Court to appoint pro bono counsel unless and until the plaintiff has been granted leave to proceed in forma pauperis before the Court. See Local Civ. R. 83.11(b)(3) (permitting appointment of pro bono counsel only "[w]hen leave has been granted . . . for a pro se litigant to proceed in forma pauperis").  To qualify for in forma pauperis status, the plaintiff will need to "submit[] an affidavit that includes a statement of all assets [she] possesses [and] that [states that she] is unable to pay [the filing] fees [required by this Court] or give security therefore." 28 U.S.C. § 1915(a) (2000).  The plaintiff can satisfy this statutory requirement by filing an affidavit with the Court that satisfies the criteria of § 1915(a) or by filing a completed version of the Official Form for seeking in forma pauperis relief developed by the Administrative Office of the United States Courts.  For the convenience of the plaintiff, a copy of this Official Form is attached to this order.  In addition, copies of the Official Form are available at the Court's website at http://www.dcd.uscourts.gov/AO-240.pdf.

2

**SO ORDERED** this 1st day of July, 2008.

                                                    REGGIE B. WALTON
                                                    United States District Judge

✎AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**District of**   COLUMBIA

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes        ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment        ☐ Yes        ☐ No
    b. Rent payments, interest or dividends                 ☐ Yes        ☐ No
    c. Pensions, annuities or life insurance payments      ☐ Yes        ☐ No
    d. Disability or workers compensation payments         ☐ Yes        ☐ No
    e. Gifts or inheritances                               ☐ Yes        ☐ No
    f. Any other sources                                   ☐ Yes        ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☐ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

_____    _____
Date                                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.