# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Plaintiff**
*Kimberly R. Pugh*

Civil Action No. 08-1067 (RBW)

Vs

**RECEIVED**
JUL 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant**

*United States of America*

## Notice To Court Regarding Pro Bono Assistance

In response to Judge Walton's July 1, 2008 order to notify the court regarding pro bono assistance.

Plaintiff declines pro bono assistance. Plaintiff will currently represent herself pro se and will notify the court if or when she retains counsel.

*[signature: Kimberly R. Pugh]*
Kimberly R. Pugh
Attorney for Plaintiff

Dated: July 28, 2008

Certified Mail 7007-2560-0002-9464-3702